# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| DUY QUAN | : | BK. No. 16-11889 SR |
| Debtor | : | |
| | : | Chapter No. 13 |
| **TOYOTA MOTOR CREDIT CORPORATION** | : | |
| Movant | : | |
| v. | : | |
| DUY QUAN | : | |
| Respondent | : | |
| | : | |

## CERTIFICATE OF SERVICE

I hereby certify that service upon all interested parties, indicated below was made by sending a true and correct copy of the Objection of **TOYOTA MOTOR CREDIT CORPORATION**, to Debtor's Chapter 13 Plan pursuant to the above-captioned bankruptcy case by first-class mail or by electronic means on September 27, 2016.

FREDERICK L. REIGLE, ESQUIRE (TRUSTEE)
2901 ST. LAWRENCE AVENUE, P.O. BOX 4010
READING, PA 19606

DUY QUAN
142 SPARKS STREET
PHILADELPHIA, PA 19120

MICHAEL A. CATALDO, ESQUIRE
1500 WALNUT STREET, SUITE 900
PHILADELPHIA, PA 19102

UNITED STATES TRUSTEE
OFFICE OF THE U.S. TRUSTEE
833 CHESTNUT STREET
SUITE 500
PHILADELPHIA, PA 19107

Respectfully submitted,

/s/ Mario J. Hanyon, Esquire
Mario J. Hanyon, Esq., Id. No.203993
Phelan Hallinan Diamond & Jones, LLP
1617 JFK Boulevard, Suite 1400
One Penn Center Plaza
Philadelphia, PA 19103
Phone Number: 215-563-7000 Ext 31340
Fax Number: 215-568-7616
Email: mario.hanyon@phelanhallinan.com

Dated: September 27, 2016