**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  :  CHAPTER 13
Duy Quan

DEBTOR  :  BKY. NO.  16-11889SR13

**ORDER APPROVING COUNSEL FEE**

AND NOW, this **12th** day of **October** 2016, in consideration of the foregoing Amended Application for APPROVAL of Counsel Fee it is

ORDERED and DECREED that a counsel fee in the amount of **$5,550.00** is approved and the balance due counsel in the amount of **$4,550.00** shall be disbursed for debtor by the Standing Chapter 13 Trustee.

BY THE COURT:

_____
Hon. Stephen Raslavich
U.S. BANKRUPTCY JUDGE

cc:  Michael A. Cataldo, Esq.
Cibik & Cataldo, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102

Duy Quan
142 Sparks Street
Philadelphia, PA 19120

Frederick Reigle, Esquire
Chapter 13 Trustee
2901 St. Lawrence Avenue
P.O. Box 4010
Reading, PA 19606-0410