United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 16-11889-sr
Duy Quan                                                                Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Stacey              Page 1 of 1              Date Rcvd: Oct 12, 2016
                              Form ID: pdf900           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 14, 2016.
db           +Duy Quan,    142 Sparks Street,    Philadelphia, PA 19120-1945

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 14, 2016                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 12, 2016 at the address(es) listed below:
      FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
      JOSHUA ISAAC GOLDMAN    on behalf of Creditor   MTGLQ Investors, LP bkgroup@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      MARIO J. HANYON    on behalf of Creditor   Toyota Motor Credit Corporation paeb@fedphe.com
      MICHAEL A. CATALDO2    on behalf of Debtor Duy  Quan ecf@ccpclaw.com, igotnotices@ccpclaw.com
      MICHAEL A. CIBIK2    on behalf of Debtor Duy  Quan ecf@ccpclaw.com, igotnotices@ccpclaw.com
      POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
       ecf_frpa@trustee13.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM EDWARD MILLER    on behalf of Creditor   Wilmington Savings Fund Society, FSB
       wmiller@sterneisenberg.com, bkecf@sterneisenberg.com
                                                                           TOTAL: 8

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                            :        CHAPTER 13
**Duy Quan**

       DEBTOR                            :        BKY. NO.   16-11889SR13

## ORDER APPROVING COUNSEL FEE

AND NOW, this **12th** day of **October** 2016, in consideration of the foregoing Amended Application for APPROVAL of Counsel Fee it is

ORDERED and DECREED that a counsel fee in the amount of **$5,550.00** is approved and the balance due counsel in the amount of **$4,550.00** shall be disbursed for debtor by the Standing Chapter 13 Trustee.

                                                                                BY THE COURT:

                                                                                _____
                                                                                Hon. Stephen Raslavich
                                                                                U.S. BANKRUPTCY JUDGE

cc:    Michael A. Cataldo, Esq.
       Cibik & Cataldo, P.C.
       1500 Walnut Street, Suite 900
       Philadelphia, PA 19102

       Duy Quan
       142 Sparks Street
       Philadelphia, PA 19120

       Frederick Reigle, Esquire
       Chapter 13 Trustee
       2901 St. Lawrence Avenue
       P.O. Box 4010
       Reading, PA 19606-0410