**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                                :            CHAPTER 13

Duy Quan

                    DEBTOR                  :            BKY. NO.  16-11889SR13

**CERTIFICATION OF NO ANSWER,**
**OBJECTION, OR OTHER RESPONSIVE PLEADING**

1.  That Michael A. Cataldo, Esquire, hereby certifies that a true and correct copy of the MOTION TO MODIFY CHAPTER 13 PLAN AFTER CONFIRMATION  was served to all interested parties via Electronic Means or Via Regular Mail.

2.   That as of the date hereof, no answer, objection, or request for a Hearing has been filed with the Clerk's Office or served on the undersigned.

WHEREFORE, the undersigned respectfully requests an Order be entered.

                                                            Respectfully submitted,

DATE:  March 14, 2017                    _____/s/_____
                                                            MICHAEL A. CATALDO
                                                            CIBIK & CATALDO, P.C.
                                                            1500 WALNUT STREET, STE. 900
                                                            PHILADELPHIA, PA 19102
                                                            (215) 735-1060