**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: : CHAPTER 13
Duy Quan

DEBTOR : BKY. NO. 16-11889SR13

**ORDER**

AND NOW, this        day of            2017, upon consideration of Debtor's Motion to Modify Chapter 13 plan after Confirmation

It is hereby Ordered that the motion is Granted and the second modified plan filed February 21, 2017 is approved.

By the Court:

*Stephen Raslavich*

**Dated: March 23, 2017**

Hon. Stephen Raslavich
U.S. BANKRUPTCY JUDGE

cc:    Michael A. Cataldo, Esquire
Cibik & Cataldo, P.C.
1500 Walnut Street, Ste. 900
Philadelphia, PA 19102

Frederick L. Reigle, Chapter 13 Trustee
2901 St. Lawrence Avenue
P.O. Box 4010
Reading, PA 19606