United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 16-11889-sr
Duy Quan                                                                  Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2         User: Stacey              Page 1 of 1           Date Rcvd: Mar 23, 2017
                             Form ID: pdf900           Total Noticed: 5


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 25, 2017.
db             +Duy Quan,   142 Sparks Street,   Philadelphia, PA 19120-1945
cr             +Wilmington Savings Fund Society, FSB,   Stern & Eisenberg, PC,   1581 Main Street,   Suite 200,
                Warrington, PA 18976-3400

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov Mar 24 2017 01:36:18     City of Philadelphia,
                City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 24 2017 01:35:53
                Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 24 2017 01:36:07     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
                                                                                     TOTAL: 3


           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 25, 2017                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 23, 2017 at the address(es) listed below:
          BRIAN CRAIG NICHOLAS    on behalf of Creditor   Toyota Motor Credit Corporation
           bnicholas@kmllawgroup.com,   bkgroup@kmllawgroup.com
          FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor   MTGLQ Investors, LP bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          MARIO J. HANYON    on behalf of Creditor   Toyota Motor Credit Corporation paeb@fedphe.com
          MATTEO SAMUEL WEINER    on behalf of Creditor   Toyota Motor Credit Corporation
           bkgroup@kmllawgroup.com
          MICHAEL A. CATALDO2    on behalf of Debtor Duy  Quan ecf@ccpclaw.com,   igotnotices@ccpclaw.com
          MICHAEL A. CIBIK2    on behalf of Debtor Duy  Quan ecf@ccpclaw.com,   igotnotices@ccpclaw.com
          POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          THOMAS I. PULEO    on behalf of Creditor   MTGLQ Investors, LP tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM EDWARD MILLER    on behalf of Creditor   Wilmington Savings Fund Society, FSB
           wmiller@sterneisenberg.com,   bkecf@sterneisenberg.com
                                                                           TOTAL: 11

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                    :        CHAPTER 13
Duy Quan


DEBTOR                          :     BKY. NO.  16-11889SR13


**ORDER**


AND NOW, this            day of                2017, upon consideration of

Debtor's Motion to Modify Chapter 13 plan after Confirmation

It is hereby Ordered that the motion is Granted and the second

modified plan filed February 21, 2017  is approved.

By the Court:

**Dated: March 23, 2017**

_____
Hon. Stephen Raslavich
U.S. BANKRUPTCY JUDGE

cc:       Michael A. Cataldo, Esquire
          Cibik & Cataldo, P.C.
          1500 Walnut Street, Ste. 900
          Philadelphia, PA  19102

          Frederick L. Reigle, Chapter 13 Trustee
          2901 St. Lawrence Avenue
          P.O. Box 4010
          Reading, PA 19606