# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Duy Quan<br>　　　　　　Debtor | CHAPTER 13 |
| Toyota Motor Credit Corporation<br>　　　　　　Movant<br>　vs.<br>Duy Quan<br>　　　　　　Debtor | NO. 16-11889 SR |
| Frederick L. Reigle Esq.<br>　　　　　　Trustee | 11 U.S.C. Section 362 |

## ORDER TERMINATING AUTOMATIC STAY

The Court has considered the Motion for Relief from the Automatic Stay filed in this bankruptcy proceeding by Movant Toyota Motor Credit Corporation, reviewed the file herein and after hearing, is of the opinion that said Motion should be granted. It is therefore,

ORDERED, that the automatic stay is hereby terminated under 11 U.S.C. Sections 362 (d) and 1301 (if applicable) as to Movant to permit said creditor, its successors and/or assigns to take possession and sell, lease, and otherwise dispose of the 2015 TOYOTA SIENNA, VIN: 5TDYK3DC7FS631353 in a commercially reasonable manner. The stay provided by Bankruptcy Rule 4001(a)(3) been waived.

Signed this 20th day of April, 2017.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Judge Stephen Raslavich

cc: See attached service list

Duy Quan
142 Sparks Street
Philadelphia, PA 19120

Michael A. Cataldo, Esq.
1500 Walnut Street (VIA ECF)
Suite 900
Philadelphia, PA 19102
Michael A. Cibik, Esq.
1500 Walnut Street (VIA ECF)
Suite 900
Philadelphia, PA 19102

Frederick L. Reigle Esq.
2901 St. Lawrence Avenue (VIA ECF)
P.O. Box 4010
Reading, PA 19606

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532