United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                        Case No. 16-11889-sr
Duy Quan                                                                      Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2              User: Stacey              Page 1 of 1              Date Rcvd: Apr 21, 2017
                                  Form ID: pdf900           Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 23, 2017.
db        +Duy Quan,   142 Sparks Street,   Philadelphia, PA 19120-1945
cr        +Wilmington Savings Fund Society, FSB,   Stern & Eisenberg, PC,   1581 Main Street,  Suite 200,
            Warrington, PA 18976-3400

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg        E-mail/Text: bankruptcy@phila.gov Apr 21 2017 17:05:43    City of Philadelphia,
            City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
            Philadelphia, PA  19102-1595
smg        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 21 2017 17:05:10
            Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
            Harrisburg, PA  17128-0946
smg       +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 21 2017 17:05:33    U.S. Attorney Office,
            c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
                                                                                              TOTAL: 3

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 23, 2017                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 21, 2017 at the address(es) listed below:
          BRIAN CRAIG NICHOLAS    on behalf of Creditor    Toyota Motor Credit Corporation
           bnicholas@kmllawgroup.com,   bkgroup@kmllawgroup.com
          FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,    ecf_frpa@trustee13.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    MTGLQ Investors, LP bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          MARIO J. HANYON    on behalf of Creditor    Toyota Motor Credit Corporation paeb@fedphe.com
          MATTEO SAMUEL WEINER    on behalf of Creditor    Toyota Motor Credit Corporation
           bkgroup@kmllawgroup.com
          MICHAEL A. CATALDO2    on behalf of Debtor Duy  Quan ecf@ccpclaw.com,   igotnotices@ccpclaw.com
          MICHAEL A. CIBIK2    on behalf of Debtor Duy  Quan ecf@ccpclaw.com,   igotnotices@ccpclaw.com
          POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          THOMAS I. PULEO    on behalf of Creditor    MTGLQ Investors, LP tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM EDWARD MILLER    on behalf of Creditor    Wilmington Savings Fund Society, FSB
           wmiller@sterneisenberg.com,   bkecf@sterneisenberg.com
                                                                                              TOTAL: 11

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Duy Quan <br> _Debtor_ | CHAPTER 13 |
| Toyota Motor Credit Corporation <br> _Movant_ <br> vs. | NO. 16-11889 SR |
| Duy Quan <br> _Debtor_ | 11 U.S.C. Section 362 |
| Frederick L. Reigle Esq. <br> _Trustee_ | |

**ORDER TERMINATING AUTOMATIC STAY**

The Court has considered the Motion for Relief from the Automatic Stay filed in this bankruptcy proceeding by Movant Toyota Motor Credit Corporation, reviewed the file herein and after hearing, is of the opinion that said Motion should be granted.  It is therefore,

ORDERED, that the automatic stay is hereby terminated under 11 U.S.C. Sections 362 (d) and 1301 (if applicable) as to Movant to permit said creditor, its successors and/or assigns to take possession and sell, lease, and otherwise dispose of the 2015 TOYOTA SIENNA, VIN: 5TDYK3DC7FS631353  in a commercially reasonable manner.  The stay provided by Bankruptcy Rule 4001(a)(3) been waived.

Signed this 20th day of April, 2017.

_____
Judge Stephen Raslavich

cc: See attached service list

Duy Quan
142 Sparks Street
Philadelphia, PA 19120

Michael A. Cataldo, Esq.
1500 Walnut Street (VIA ECF)
Suite 900
Philadelphia, PA 19102
Michael A. Cibik, Esq.
1500 Walnut Street (VIA ECF)
Suite 900
Philadelphia, PA 19102

Frederick L. Reigle Esq.
2901 St. Lawrence Avenue (VIA ECF)
P.O. Box 4010
Reading, PA 19606

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532