**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| Duy Quan | | |
| | | |
| DEBTOR | : | BKY. NO. 16-11889SR13 |

**ORDER**

AND NOW, this _____ day of _____ 2017, upon consideration of Debtor's Motion to Modify Chapter 13 plan after Confirmation

It is hereby Ordered that the motion is Granted and the fourth modified plan filed April 27, 2017 is approved.

**Dated: May 11, 2017**

_____
Hon. Stephen Raslavich
U.S. BANKRUPTCY JUDGE

cc:   Michael A. Cataldo, Esquire
      Cibik & Cataldo, P.C.
      1500 Walnut Street, Ste. 900
      Philadelphia, PA  19102

      Frederick L. Reigle, Chapter 13 Trustee
      2901 St. Lawrence Avenue
      P.O. Box 4010
      Reading, PA 19606