& EISENBERG, PC
1581 MAIN STREET, SUITE 200
THE SHOPS AT VALLEY SQUARE
WARRINGTON, PA 18976
TELEPHONE: (215) 572-8111
FACSIMILE: (215) 572-5025
(COUNSEL FOR MOVANT)

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In Re:<br>Duy Quan<br>     Debtor(s)<br>------------------------------------------------<br>Wilmington Savings Fund Society, FSB, doing business as Christiana Trust, not in its individual capacity, but solely as trustee for BCAT 2015-13ATT<br>     Creditor/Movant<br>v.<br>Duy Quan<br>     Respondent | Chapter: 13<br><br>Bankruptcy Case: 16-11889-JKF<br><br>Judge: |

## ORDER APPROVING STIPULATION/CONSENT ORDER

AND NOW, this __14th__ day of __December__, 2017, upon consideration of the Stipulation between Debtor and Wilmington Savings Fund Society, FSB, doing business as Christiana Trust, not in its individual capacity, but solely as trustee for BCAT 2015-13ATT , it is hereby ORDERED that the Stipulation is APPROVED.

BY THE COURT:

_____
UNITED STATES BANKRUPTCY JUDGE
Jean K. FitzSimon

MFR – APO/STIP BF