IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | Case No.: 16-11889-jkf |
| **Duy Quan** | : | Chapter 13 |
| | : | Judge Jean K. FitzSimon |
| **Debtor(s)** | : | * * * * * * * * * * * * * * * * * * * |
| | : | |
| **Wells Fargo Bank, N.A.** | : | Date and Time of Hearing |
| **Movant,** | : | Place of Hearing |
| vs | : | May 30, 2018 at 9:30 a.m. |
| | : | |
| **Duy Quan** | : | U.S. Bankruptcy Court |
| | : | 900 Market Street, Courtroom #3 |
| **Frederick L. Reigle** | : | Philadelphia, PA, 19107 |
| **Respondents.** | : | |

## ORDER OF COURT

AND NOW, this 11th day of June, 20 18, upon consideration of the Motion for Relief from the Automatic Stay filed by Wells Fargo Bank, N.A. ("Creditor"), it is hereby **ORDERED,** that the Motion is granted and that the Automatic Stay be and hereby is terminated as it affects the interest of Wells Fargo Bank, N.A. in and to the Real Property of Debtor located at 111 West Grange Avenue, Philadelphia, PA 19120 and more particularly described in the Mortgage, recorded August 18, 2006, at Instrument Number 51512000.

Compliance with Federal Rule of Bankruptcy Procedure 3002.l is waived as to Creditor in the instant bankruptcy case upon entry of this Order granting relief from the automatic stay of Section 362.

BY THE COURT

_JEAN K. FitzSimon (signature)_

JEAN K. FITZSIMON, JUDGE
UNITED STATES BANKRUPTCY COURT

18-008302_VMP