United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 16-11889-jkf
Duy Quan                                                            Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: Stacey             Page 1 of 1         Date Rcvd: Jun 11, 2018
                            Form ID: pdf900          Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 13, 2018.
db              +Duy Quan,    142 Sparks Street,    Philadelphia, PA 19120-1945
cr               Wells Fargo Bank, N.A., Default Document Processin,    N9286-01Y, 1000 Blue Gentian Road,
                  Eagan, MN 55121-7700
cr              +Wilmington Savings Fund Society, FSB,    Stern & Eisenberg, PC,    1581 Main Street,   Suite 200,
                  Warrington, PA 18976-3400

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: megan.harper@phila.gov Jun 12 2018 02:05:06      City of Philadelphia,
                  City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                  Philadelphia, PA 19102-1595
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 12 2018 02:04:40
                  Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                  Harrisburg, PA 17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 12 2018 02:05:04      U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
                                                                                              TOTAL: 3

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 13, 2018                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 11, 2018 at the address(es) listed below:
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    Toyota Motor Credit Corporation
               bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
              CHRISTOPHER M. MCMONAGLE    on behalf of Creditor    Wilmington Savings Fund Society, FSB
               cmcmonagle@sterneisenberg.com, bkecf@sterneisenberg.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    MTGLQ Investors, LP bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              KARINA VELTER    on behalf of Creditor    Wells Fargo Bank, N.A. amps@manleydeas.com
              KEVIN G. MCDONALD    on behalf of Creditor    MTGLQ Investors, LP bkgroup@kmllawgroup.com
              MARIO J. HANYON    on behalf of Creditor    Toyota Motor Credit Corporation paeb@fedphe.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Toyota Motor Credit Corporation
               bkgroup@kmllawgroup.com
              MICHAEL A. CATALDO2    on behalf of Debtor Duy  Quan ecf@ccpclaw.com, igotnotices@ccpclaw.com
              MICHAEL A. CIBIK2    on behalf of Debtor Duy  Quan ecf@ccpclaw.com, igotnotices@ccpclaw.com
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              REBECCA ANN SOLARZ    on behalf of Creditor    MTGLQ Investors, LP bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor    MTGLQ Investors, LP tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM EDWARD MILLER    on behalf of Creditor    Wilmington Savings Fund Society, FSB
               wmiller@sterneisenberg.com, bkecf@sterneisenberg.com
                                                                                             TOTAL: 15

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | : |
| | : Case No.: 16-11889-jkf |
| **Duy Quan** | : Chapter 13 |
| | : Judge Jean K. FitzSimon |
| **Debtor(s)** | : * * * * * * * * * * * * * * * * * * |
| | : |
| **Wells Fargo Bank, N.A.** | : Date and Time of Hearing |
| **Movant,** | : Place of Hearing |
| vs | : May 30, 2018 at 9:30 a.m. |
| | : |
| **Duy Quan** | : U.S. Bankruptcy Court |
| | : 900 Market Street, Courtroom #3 |
| **Frederick L. Reigle** | : Philadelphia, PA, 19107 |
| **Respondents.** | : |

## ORDER OF COURT

AND NOW, this  11th  day of    June    , 20 18 , upon consideration of the Motion for Relief from the Automatic Stay filed by Wells Fargo Bank, N.A. ("Creditor"), it is hereby **ORDERED,** that the Motion is granted and that the Automatic Stay be and hereby is terminated as it affects the interest of Wells Fargo Bank, N.A. in and to the Real Property of Debtor located at 111 West Grange Avenue, Philadelphia, PA 19120 and more particularly described in the Mortgage, recorded August 18, 2006, at Instrument Number 51512000.

Compliance with Federal Rule of Bankruptcy Procedure 3002.l is waived as to Creditor in the instant bankruptcy case upon entry of this Order granting relief from the automatic stay of Section 362.

BY THE COURT

_____
JEAN K. FITZSIMON, JUDGE
UNITED STATES BANKRUPTCY COURT

18-008302_VMP