d 09/17/19 13:57:22    Desc Main

**Fill in this information to identify the case:**

Debtor 1 __Duy Quan_____

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: __Eastern_____ District of __Pennsylvania__
                                                                          (State)

Case number __16-11889 JKF_____

Form 4100N

# Notice of Final Cure Payment

10/15

**File a separate notice for each creditor.**

**According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the prepetition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.**

### Part 1: Mortgage Information

**Name of creditor:** __Selene Finance_____

**Court claim no.** (if known): __6_____

**Last 4 digits** of any number you use to identify the debtor's account: _0_ _3_ _2_ _3_

**Property address:** 142 Sparks Street
Number    Street

Philadelphia      PA      19120
City              State   ZIP Code

### Part 2: Cure Amount

**Total cure disbursements made by the trustee:**                                       **Amount**

a.  Allowed prepetition arrearage:                                                (a) $ _329.11_

b.  Prepetition arrearage paid by the trustee:                                    (b) $ _329.11_

c.  Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c):   (c) $ _____

d.  Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee:   (d) $ _____

e.  Allowed postpetition arrearage:                                               (e) $ _____

f.  Postpetition arrearage paid by the trustee:                                 + (f) $ _____

g.  **Total**. Add lines b, d, and f.                                             (g) $ _329.11_

### Part 3: Postpetition Mortgage Payment

*Check one:*

☐ Mortgage is paid through the trustee.

  Current monthly mortgage payment:                                              $ _____

  The next postpetition payment is due on:    ___/___/_____
                                              MM / DD / YYYY

☐ Mortgage is paid directly by the debtor(s).

Form 4100N                              **Notice of Final Cure Payment**                     page **1**

| Debtor 1 | Duy Quan | | | Case number (*if known*) | 16-11889 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

### Part 4: A Response Is Required By Bankruptcy Rule 3002.1(g)

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs, and escrow amounts due, and (ii) consistent with § 1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject the creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

✗ /s/ Scott F. Waterman, Esquire
Signature

Date 09/ 17/ 2019

**Trustee**

Scott          F.          Waterman
First Name      Middle Name      Last Name

**Address**

2901 St. Lawrence Avenue, Suite 100
Number      Street

Reading          PA      19606
City                State    ZIP Code

Contact phone ( 610 ) 779 – 1313

Email info@readingch13.com