United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 16-11889-jkf
Duy Quan                                                        Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: John              Page 1 of 2              Date Rcvd: Dec 13, 2019
                            Form ID: 138NEW         Total Noticed: 37

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 15, 2019.
```
db          +Duy Quan,   142 Sparks Street,    Philadelphia, PA 19120-1945
cr          +U.S. Bank Trust National Association as Trustee of,    Law Offices of Michelle Ghidotti,
              1920 Old Tustin Avenue,    Santa Ana, CA 92705-7811
cr           Wells Fargo Bank, N.A.,    Default Document Processin,    N9286-01Y, 1000 Blue Gentian Road,
              Eagan, MN 55121-7700
cr          +Wilmington Savings Fund Society, FSB,    Stern & Eisenberg, PC,    1581 Main Street,   Suite 200,
              Warrington, PA 18976-3403
13693679    +Equifax,   P.O. Box 740241,   Atlanta, GA 30374-0241
13693680    +Experian,   Profile Maintenance,   P.O. Box 9558,    Allen, Texas 75013-9558
13693681    +First Svg Cc,   PO Box 5019,   Sioux Falls, SD 57117-5019
13778279    +MTGLQ Investors, LP,    c/o Rushmore Loan Management Services,    P.O. Box 55004,
              Irvine, CA 92619-5004
13693684     PA Dept. of Revenue,    Bankruptcy Division,    Bureau of Compliance,    P.O. Box 280946,
              Harrisburg, PA 17120-0946
13693685    +Rushmore Loan Management,    15480 Laguna Canyon Road,    Suite 100,   Irvine, CA 92618-2132
13693686    +Rushmore Loan Mgmt Ser,    15480 Laguna Canyon Rd S,   Irvine, CA 92618-2132
13693687    +Selene Finance,    PO Box 71243,   Philadelphia, PA 19176-6243
13693688    +Seneca Mortgage,    PO Box 454,   Depew, NY 14043-0454
13693690   ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
            (address filed with court: Toyota Mtr,    Toyota Financial Services,    PO Box 8026,
              Cedar Rapids, IA 52408)
13693689    +Toyota Financial Services,    P.O. Box 5866,   Carol Stream, IL 60197-5866
13715491    +Toyota Motor Credit Corporation,    PO Box 9013,   Addison, TX 75001-9013
13693691    +Trans Union Corporation,    Public Records Department,    555 West Adams Street,
              Chicago, IL 60661-3631
13748551     Wells Fargo Bank, N.A.,    Default Document Processing,    N9286-01Y, 1000 Blue Gentian Road,
              Eagan, MN 55121-7700
13693692    +Wells Fargo Mortgage,    MAC X7801-03K,   3476 Stateview Blvd.,   Fort Mill, SC 29715-7203
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: megan.harper@phila.gov Dec 14 2019 02:56:46     City of Philadelphia,
              City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
              Philadelphia, PA 19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 14 2019 02:56:14
              Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
              Harrisburg, PA 17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 14 2019 02:56:38     U.S. Attorney Office,
              c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
13693677     E-mail/Text: megan.harper@phila.gov Dec 14 2019 02:56:45     City Of Philadelphia,
              Major Tax Unit/Bankruptcy Dept.,    1401 JFK Blvd, Room 580,    Philadelphia, PA 19102
13693678     E-mail/Text: megan.harper@phila.gov Dec 14 2019 02:56:46     City of Philadelphia,
              Bankruptcy Unit,   15th Floor,   1515 Arch Street,    Philadelphhai, PA 19102
13787096    +E-mail/Text: megan.harper@phila.gov Dec 14 2019 02:56:46
              CITY OF PHILADELPHIA LAW DEPARTMENT - TAX UNIT,    BANKRUPTCY GROUP - MSB,
              1401 JOHN F. KENNEDY BLVD, 5TH FLOOR,    PHILADELPHIA, PA 19102-1640
13693672    +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 14 2019 02:59:42      Capital 1 Bank,
              Attn: General Correspondence,    PO Box 30285,   Salt Lake City, UT 84130-0285
13693673    +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 14 2019 02:59:42      Capital One,
              Attn: Bankruptcy,   PO Box 30285,   Salt Lake City, UT 84130-0285
13724204     E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 14 2019 02:59:42
              Capital One Bank (USA), N.A.,    PO Box 71083,   Charlotte, NC 28272-1083
13693674    +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 14 2019 02:59:17      Capital One Na,
              Attn: General Correspondence,    PO Box 30285,   Salt Lake City, UT 84130-0285
13724205     E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 14 2019 02:59:19      Capital One, N.A.,
              PO Box 71083,   Charlotte, NC 28272-1083
13693675     E-mail/Text: ecf@ccpclaw.com Dec 14 2019 02:55:49     Cibik and Cataldo, P.C.,
              225 S. 15th Street,   Suite 1635,   Philadelphia, PA 19102,   ccpc@ccpclaw.com
13693676    +E-mail/Text: ecf@ccpclaw.com Dec 14 2019 02:55:49     Cibik and Cataldo, P.C.,
              1500 Walnut Street,   Suite 900,   Philadelphia, PA 19102-3518
13693682     E-mail/Text: cio.bncmail@irs.gov Dec 14 2019 02:55:54     I.R.S.,    P.O. Box 7346,
              Philadelphia, PA 19101-7346
13763208     E-mail/PDF: MerrickBKNotifications@Resurgent.com Dec 14 2019 03:00:08     MERRICK BANK,
              Resurgent Capital Services,    PO Box 10368,   Greenville, SC 29603-0368
13693683    +E-mail/PDF: MerrickBKNotifications@Resurgent.com Dec 14 2019 02:59:18
              Merrick Bank/Geico Card,    PO Box 23356,   Pittsburg, PA 15222-6356
14252643    +E-mail/Text: bknotices@snsc.com Dec 14 2019 02:56:58
              U.S. Bank Trust National Association, as Trustee,    C/O SN Servicing Corp.,    323 5th Street,
              Eureka, CA 95501-0305
13750260    +E-mail/Text: bkteam@selenefinance.com Dec 14 2019 02:55:53
              Wilmington Savings Fund Society, et al,    c/o Selene Finance, LP,
              9990 Richmond Avenue, Suite 400 South,    Houston, TX 77042-4546
                                                                                              TOTAL: 18
```

```
District/off: 0313-2                  User: John                    Page 2 of 2                   Date Rcvd: Dec 13, 2019
                                      Form ID: 138NEW               Total Noticed: 37
```

```
             ***** BYPASSED RECIPIENTS (continued) *****

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 15, 2019                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 13, 2019 at the address(es) listed below:
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    Toyota Motor Credit Corporation
               bnicholas@kmllawgroup.com,   bkgroup@kmllawgroup.com
              CHRISTOPHER M. MCMONAGLE    on behalf of Creditor    Wilmington Savings Fund Society, FSB
               cmcmonagle@sterneisenberg.com,   bkecf@sterneisenberg.com
              DANIEL P. JONES    on behalf of Creditor    Wilmington Savings Fund Society, FSB
               djones@sterneisenberg.com,   bkecf@sterneisenberg.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    MTGLQ Investors, LP bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              KARINA   VELTER    on behalf of Creditor    Wells Fargo Bank, N.A. amps@manleydeas.com
              KEVIN G. MCDONALD    on behalf of Creditor    MTGLQ Investors, LP bkgroup@kmllawgroup.com
              MARIO J. HANYON    on behalf of Creditor    Toyota Motor Credit Corporation paeb@fedphe.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Toyota Motor Credit Corporation
               bkgroup@kmllawgroup.com
              MICHAEL A. CATALDO2    on behalf of Debtor Duy   Quan ecf@ccpclaw.com,   igotnotices@ccpclaw.com
              MICHAEL A. CIBIK2    on behalf of Debtor Duy   Quan ecf@ccpclaw.com,   igotnotices@ccpclaw.com
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com
              REBECCA ANN SOLARZ    on behalf of Creditor    MTGLQ Investors, LP bkgroup@kmllawgroup.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
              THOMAS I. PULEO    on behalf of Creditor    MTGLQ Investors, LP tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM EDWARD MILLER    on behalf of Creditor    Wilmington Savings Fund Society, FSB
               wmiller@sterneisenberg.com,   bkecf@sterneisenberg.com
                                                                                             TOTAL: 16
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Duy Quan

      Debtor(s)         Bankruptcy No: 16–11889–jkf

       Chapter: 13

---

### *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1 328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

                 900 Market Street
                     Suite 400
                Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                                        For The Court
                                                              Timothy B. McGrath
                                                                   Clerk of Court

Dated: 12/13/19

                                                                                  105 – 104
                                                                             Form 138_new