Certificate Number: 16339-PAE-DE-033866275

Bankruptcy Case Number: 16-11889



16339-PAE-DE-033866275

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>December 24, 2019</u>, at <u>1:10</u> o'clock <u>AM EST</u>, <u>Duy Quan</u> completed a course on personal financial management given <u>by internet</u> by <u>Second Bankruptcy Course, LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   December 24, 2019              By:   /s/Kelley Tipton

Name:   Kelley Tipton

Title:   Certified Financial Counselor